DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RANDALL SCOTT FORD,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-1461

[July 8, 2021]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Michael J. McNicholas, Judge; L.T. Case Nos. 47-2003-CF-000013A and 47-2017-CF-000466A.

Randall Scott Ford, Trenton, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and KUNTZ, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***